"State of Texas"

Marquel Devon Smith vs. Lubbock County

§ §    Commissioner

§ §

FILED

FEB 12 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

WINFRED MATTER
My Notary ID # 134090598
Expires December 5, 2026

Herein now comes Petitioner as
Plantiff "Marquel Devon Smith", in regards
to "Wrongful death or Injury to person",
were in Cause the plantiff sues the
"State of Texas" as Lubbock County Police
Commissioner also "Texas Tech" alumni
describe as person R. Dickerson as "Texas
Tech" professor and alumni as person
in regards to abetting abridge of people
described as Injured Persons or family as
survivors. Plantiff seeks relief of this
violation of Constitutional rights in the
form of a "Request for Production" "Muniment
Conveyance Onerous" "mowing Right-of-way"
through "Lubbock County" commissioners
Court to be Signed into Law by
registered vendor "Trueland Securities LTD"
as VID# 1-85-2629757-9 "Texas Comptroller
of Public Accounts" Central Master Bidding
List Associate and "Resident Bidder" of
"Midland County" Texas registered voters
Signatory "Marquel D. Smith", also sole-
proprietor of The "United States of America"
as "Marquel Devon Smith". Civil Suit is filed
this day and time to Account absolute

" State of Texas "

Marquel Devon Smith Vs. Lubbock County
Immunity and          § §  Commissioner
                      § §
                      § §

Immunity and "bill of exchange" for
proprietor of this Law suit. Again (I) as
plantiff Must accord this as an account
for all penalties, fees and Interest.
Also due to liability without fault as a
civil liability due to the criminally Injurious
Conduct such as "Excessive force" Causing
Injury to person and the "depravation of rights
under the Colors of law" while Impersonating
as peace officers in uniforms to not
be a Crime committed by the Plantiff
but by the Defendant in this Cause,
which is why it is Compensable by law.
   In regards too civil penalties sought by
" State of Texas " and the Plantiffs civil
liberty to pursue happiness as a cost of
living, Plantiff can also render without
fault a servicing of time served through
a term of "federal Probation" not to
exceed (Life) payings restitution as a  (federal Employee)
permenant resident of "Midland
County" Texas to hold oneself accountable.
Plantiff attest (I) for (I) (against) (against) (I)
"Marquel Devon Smith". Plantiff now files
motion to summons as to show Cause.

Pg. 2.

WINFRED MATTER
My Notary ID # 134090598
Expires December 5, 2026

Winfred Matter 2-9-26

Marquel D. Smith