**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **MARQUEL DEVON SMITH,**<br>***Plaintiff,*** | § | |
| **v.** | § | **MO:26-CV-00048-DC** |
| **LUBBOCK COUNTY POLICE COMMISSIONER, STATE OF TEXAS, and R. DICKERSON,**<br>***Defendants.*** | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Pending before the Court is United States Magistrate Judge Ronald C. Griffin's Report and Recommendation[1] ("R&R") concerning Plaintiff Marquel Devon Smith's Complaint.[2]

Pursuant to 28 U.S.C. § 636(b), a party may serve and file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy and, in doing so, secure de novo review by the district court. When no objections are timely filed, a district court reviews the magistrate's report and recommendation for clear error.[3] No objection having been filed, the Court's review is straightforward: clear error.

---

[1] Doc. 17.

[2] Doc. 1.

[3] *See* Fed. R. Civ. P. 72 advisory committee's note to 1983 addition ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.").

Finding none, the Court **ADOPTS** the R&R *in toto* and **ORDERS** that Smith's Complaint[4] be **DISMISSED without prejudice.**

A separate Final Judgment will follow.

It is so **ORDERED**.

SIGNED this 22nd day of November, 2026.

DAVID COUNTS
UNITED STATES DISTRICT JUDGE

[4] Doc. 1.